(91 South. 922)

DENNIS v. STATE. (5 Div. 796.) (Supreme Court of Alabama. Dec. 22, 1921.) Appeal from Circuit Court, Elmore County; B. K. McMorris, Judge. Harwell G. Davis, Atty. Gen., for the State.

GARDNER, J. The appeal is upon the record, without bill of exceptions, and there is no error. Affirmed.

ANDERSON, C. J., and SAYRE and MILLER, JJ., concur.

(91 South. 922)

DETTRA v. STATE. (8 Div. 390.) (Supreme Court of Alabama. Nov. 3, 1921.) Certiorari to Court of Appeals. E. C. Nix, of Albany, for appellant. Harwell G. Davis, Atty. Gen., for the State.

GARDNER, J. Petition of P. E. Dettra for certiorari to the Court of Appeals to review and revise the judgment of said court rendered on the appeal of P. E. Dettra v. State, 18 Ala. App. 259, 91 South. 500. Writ denied.

McCLELLAN, THOMAS, and MILLER, JJ., concur.

(91 South. 922)

Ex parte ELBA BANK & TRUST COMPANY. STATE ex rel. ATTY. GEN. v. ELBA BANK & TRUST CO. (3 Div. 535.) (Supreme Court of Alabama. Oct. 6, 1921. Rehearing Denied Nov. 24, 1921.) Certiorari to Court of Appeals. Hugh Mallory, of Selma, and Rushton & Crenshaw, of Montgomery, for appellant. Thomas J. Judge, Special Asst. Atty. Gen., for appellee.

MILLER, J. Petition of Elba Bank & Trust Company for certiorari to the Court of Appeals to review and revise the judgment of the said court reversing and remanding the appeal of State of Alabama ex rel. Attorney General v. Elba Bank & Trust Co., 18 Ala. App. 253, 91 South. 917. Writ denied.

ANDERSON, C. J., and McCLELLAN, SOMERVILLE, and THOMAS, JJ., concur. SAYRE and GARDNER, JJ., dissent.

(92 South. 920)

FAIRCHILD v. STATE. (5 Div. 794.) (Supreme Court of Alabama. April 20, 1922.) Appeal from Circuit Court, Coosa County; W. L. Longshore, Judge. Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed on the motion of the Attorney General.

(91 South. 922)

FIRST NAT. BANK OF ANDALUSIA v. PEOPLE'S BANK OF RED LEVEL. (4 Div. 943.) (Supreme Court of Alabama. Nov. 3, 1921.) Certiorari to Court of Appeals. Powell, Albritton & Albritton, of Andalusia, for appellants. A. R. Powell and J. L. Murphy, of Andalusia, for appellees.

MILLER, J. Petition of the First National Bank of Andalusia for certiorari to the Court of Appeals to review and revise the judgment of said court, rendered in the case of First National Bank of Andalusia v. People's Bank of Red Level, 18 Ala. App. 190, 91 South. 324. Writ denied.

McCLELLAN, SOMERVILLE, and THOMAS, JJ., concur.

(91 South. 922)

FLYNN v. FLYNN. (1 Div. 217.) (Supreme Court of Alabama. Nov. 17, 1921.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge.

PER CURIAM. Appeal dismissed on motion of appellee.

(91 South. 922)

FRICK v. SALIBA et al. (6 Div. 529.) (Supreme Court of Alabama. Dec. 1, 1921.) Appeal from Circuit Court, Jefferson County; Dan A. Greene, Judge. W. A. Jacobs, of Birmingham, for appellant. D. G. Ewing and Black & Harris, all of Birmingham, for appellees.

PER CURIAM. Affirmed on certificate.

(92 South. 920)

HALL v. STATE. (1 Div. 240.) (Supreme Court of Alabama. April 13, 1922.) Certiorari to Court of Appeals. J. D. Ratcliffe, of Monroeville, for appellant. Harwell G. Davis, Atty. Gen., for the State.

McCLELLAN, J. Petition of Will Hall for certiorari to the Court of Appeals to review and revise the judgment of said court rendered on the appeal in Will Hall v. State, 18 Ala. App. 407, 92 South. 527. Writ denied.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.

(91 South. 922)

HANNERS v. STATE. (7 Div. 233.) (Supreme Court of Alabama. Nov. 3, 1921.) Certiorari to Court of Appeals. Lackey, Pruet & Glass, of Ashland, for appellant. Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM. Petition of Harve Hanners for certiorari to the Court of Appeals to review and revise the judgment of said court rendered on the appeal of Harve Hanners v. State, 18 Ala. App. 257, 91 South. 498. Writ denied.